**STATE v. TABRON**

[356 N.C. 122 (2002)]

STATE OF NORTH CAROLINA v. EGAN LARKE TABRON

No. 686PA01

(Filed 28 June 2002)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 147 N.C. App. 303, 556 S.E.2d 584 (2001), finding no error as to one judgment and vacating a second judgment, both judgments entered by Hight, J., on 11 May 2000 in Superior Court, Wake County. Heard in the Supreme Court 14 May 2002.

*Roy Cooper, Attorney General, by Kathryn J. Thomas, Assistant Attorney General, for the State-appellant.*

*John T. Hall for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.